

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

MCH Professional Care and
Kristopher Kindle, CRNA,

Vs. No. 11-17-00115-CV

Yulissa Zubia, individually and
as representative of the Estate
of Elpidia Rios De Zubia; Rene
Zubia; and Rene Zubia, Jr.,

\* From the 161st District Court
  of Ector County
  Trial Court No. B-16-12-1170-CV.

 \* June 6, 2019

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Willson, J., and Wright, S.C.J., sitting
  by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court denying MCH Professional Care and Kristopher Kindle's motion to dismiss is reversed, and this cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Yulissa Zubia, individually and as representative of the Estate of Elpidia Rios De Zubia; Rene Zubia; and Rene Zubia, Jr.